**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CDA of America, Inc.,**

    Plaintiff,

-V-                                                 Case No. 2:01-cv-0837
                                                       **JUDGE SMITH**
                                                       **Magistrate Judge Kemp**

**The Midland Life Insurance Co.,**
**et al.,**

    Defendants.

**<u>ORDER</u>**

The undersigned Judge **RECUSES** himself from further participation in this case.

The Clerk shall reassign this case to another Judge in this Division by random draw.

      **IT IS SO ORDERED.**

                                          /s/ George C. Smith
                                          **GEORGE C. SMITH, JUDGE**
                                          **UNITED STATES DISTRICT COURT**